UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY C. HAYES, III,

                            Plaintiff,

                -against-

JOHN DOE, PUBLIC DEFENDER,

                            Defendant.

24 **CIVIL** 7601 (LTS)

# CIVIL JUDGMENT

For the reasons stated in the Court's Order of Dismissal, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    November 6, 2024
           New York, New York

                                        /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                Chief United States District Judge